

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

### NO. WR-85,309-01

---

### IN RE ABLE OYERVIDES, Relator

---

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 2012CR4803 IN THE 399TH DISTRICT COURT
### FROM BEXAR COUNTY

---

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. Relator filed an application for a writ of habeas corpus in the 399th District Court of Bexar County. The District Court entered an order designating issues on December 10, 2015. More than 180 days has passed, and the application has not been forwarded to this Court. *See* TEX. R. APP. P. 73.4(b)(5).

Respondent, the District Clerk of Bexar County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting proof of the date of receipt by the State showing 180 days has not yet elapsed, or stating that Relator has not filed an

application for a writ of habeas corpus in Bexar County. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: July 13, 2016
Do not publish